Form 4
(02/05 FLMB JPL)

# United States Bankruptcy Court
## Middle District of Florida

In re _____ABC AUTO SALVAGE & RECYCLING, INC_____      Case No _____
                    Debtor(s)
                                                        Chapter _____11_____

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U S C § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1<br>PINELLAS PROPERTIES INC<br>P O BOX 8609<br>SEMINOLE, FL 3775 | | | | $0 00 |
| 2 | | | | $0 00 |
| 3 | | | | $0 00 |
| 4 | | | | $0 00 |
| 5 | | | | $0 00 |
| 6 | | | | $0 00 |
| 7 | | | | $0 00 |
| 8 | | | | $0 00 |
| 9 | | | | $0 00 |
| 10 | | | | $0 00 |

Form 4
(02/05, FLMB JPL)

| 11 | | | | | $0.00 |
| 12 | | | | | $0.00 |
| 13 | | | | | $0.00 |
| 14 | | | | | $0.00 |
| 15 | | | | | $0.00 |
| 16 | | | | | $0.00 |
| 17 | | | | | $0.00 |
| 18 | | | | | $0.00 |
| 19 | | | | | $0.00 |
| 20 | | | | | $0.00 |

Date _____   _____
                                                                         Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief

Date _____   _____
                                                                    Signature

JOSEPH C FISHEL   PRESIDENT
(Print Name and Title)